No. 576, Misc. MONROE *v.* CALIFORNIA STATE LEGISLATURE ET AL. Supreme Court of California. Certiorari denied.

No. 577, Misc. HUNT *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Solicitor General Cox* for the United States.

No. 578, Misc. MAHURIN *v.* SWINK, CIRCUIT COURT JUDGE, ET AL. Supreme Court of Missouri. Certiorari denied.

No. 580, Misc. ABNEY *v.* SACKS, WARDEN. Supreme Court of Ohio. Certiorari denied.

No. 125, Misc. BILOCHE *v.* UNITED STATES. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied without prejudice to future certiorari proceedings to review the further actions of the courts below on petitioner's application to appeal his conviction *in forma pauperis* as suggested by the Solicitor General. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 47. ST. REGIS PAPER Co. *v.* UNITED STATES, *ante,* p. 208;

No. 431. PARMELEE TRANSPORTATION Co. *v.* KEESHIN ET AL., *ante,* p. 944;

No. 135, Misc. HOGUE *v.* UNITED STATES, *ante,* p. 932;

No. 459, Misc. WALLACH *v.* UNITED STATES, *ante,* p. 935; and

No. 625, Misc. BUTLER *v.* PENNSYLVANIA, *ante,* p. 945. Petitions for rehearing denied.